

**Relin, Goldstein & Crane LLP**
ATTORNEYS AND COUNSELORS AT LAW SINCE 1927 ■ ■ ■ ■ ■ ■ ■

Joseph M. Shur, Managing Partner
+ Mark K. Broyles
* David P. Case
* V.S. Vilkhu
* Craig K. Beideman
∘ Jacqueline A. Carosa

Nathan Relin (1904-1985)
Lloyd Relin (1939-1986)
Paul L. Goldstein (Retired)
Howard R. Crane (Retired)

April 27, 2026

◊ Shelly L. Baldwin
Bryant C. Wolff
+ MEMBER NY & LA BARS
* MEMBER NY & VT BARS
◊ MEMBER NY & CT BARS
∘ MEMBER NY & NJ BARS

VIA ECF
Chambers of the Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

GRANTED. The remote initial pretrial conference scheduled for May 5, 2026 is hereby ADJOURNED to **Thursday, July 9, 2026, at 2:00 PM**. Same dial-in information.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 3.

Re: Evyap Sabun Malaysia SDN BHD
vs. Environmental Fluids, Inc.
Docket #: 1:26-cv-00539-AS

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 29, 2026

Dear Judge Subramanian,

Please allow this application to serve as Plaintiff's formal request for a 60-day adjournment of the initial pre-trial conference in the above action, which is currently scheduled for May 5, 2026, at 9:30 am. This is the first adjournment request made regarding this conference. The request is made to allow Plaintiff additional time to contact Defendant regarding a potential settlement and to ascertain whether Defendant will be represented by Counsel. As my office has not made contact with Defendant, Defendant has not consented to the adjournment request. The undersigned is not currently aware of any other appearances or deadlines currently scheduled in this matter.

Thank you for Your Honor's consideration.

Respectfully,

RELIN, GOLDSTEIN & CRANE, LLP

Joseph M. Shur, Esq.
jmshur@rgcattys.com

xc:    VIA FIRST CLASS MAIL
Environmental Fluids, Inc.
4241 N. Winfield Scott Plaza, Suite 101
Scottsdale, AZ 85251

**Relin, Goldstein & Crane LLP**
28 East Main Street ■ Suite 1800 ■ Rochester, NY 14614
Phone: 585.325.6202 ■ Fax: 585.325.6201 ■ www.rgcattys.com

STATE OF NEW YORK
U.S. DISTRICT COURT          SOUTHERN DISTRICT
EVYAP SABUN MALAYSIA SDN BHD

                         **DOCKET #: 1:26-cv-00539-AS**

                Plaintiff,

   -vs-

                         **AFFIRMATION OF SERVICE**

ENVIRONMENTAL FLUIDS, INC.

                Defendant.

STATE OF NEW YORK)
COUNTY OF MONROE)  ss:
CITY OF ROCHESTER)

Will Givens affirms under penalty of perjury, pursuant to CPLR §2106:

On April 28, 2026, I served a true copy of Plaintiff's Notice of Motion, along with all supporting papers and exhibits, regarding the above matter by mailing same via First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Environmental Fluids, Inc.
4241 N. Winfield Scott Plaza, Suite 101
Scottsdale, AZ 85251

I affirm this 28th day of April, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

                           Will Givens
                           Paralegal