

# RGC
## Relin, Goldstein & Crane LLP
**ATTORNEYS AND COUNSELORS AT LAW SINCE 1927** ■ ■ ■ ■ ■ ■ ■

Nathan Relin (1904-1985)
Lloyd Relin (1939-1986)
Paul L. Goldstein (Retired)
Howard R. Crane (Retired)

Joseph M. Shur, Managing Partner
+ Mark K. Broyles
\* David P. Case
\* V.S. Vilkhu
\* Craig K. Beideman
°Jacqueline A. Carosa

◊ Shelly L. Baldwin
Bryant C. Wolff
+ MEMBER NY & LA BARS
\* MEMBER NY & VT BARS
◊ MEMBER NY & CT BARS
° MEMBER NY & NJ BARS

April 27, 2026

VIA ECF
Chambers of the Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

The Court already granted this request. See Dkt. 7.
So the Clerk of Court is respectfully directed to
terminate the duplicate letter-motion at Dkt. 5.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 1, 2026

Re: Evyap Sabun Malaysia SDN BHD
vs. Environmental Fluids, Inc.
Docket #: 1:26-cv-00539-AS

Dear Judge Subramanian,

Please allow this application to serve as Plaintiff's formal request for a 60-day adjournment of the initial pre-trial conference in the above action, which is currently scheduled for May 5, 2026, at 9:30 am. This is the first adjournment request made regarding this conference. The request is made to allow Plaintiff additional time to contact Defendant regarding a potential settlement and to ascertain whether Defendant will be represented by Counsel. As my office has not made contact with Defendant, Defendant has not consented to the adjournment request. The undersigned is not currently aware of any other appearances or deadlines currently scheduled in this matter.

Thank you for Your Honor's consideration.

Respectfully,

RELIN, GOLDSTEIN & CRANE, LLP

Joseph M. Shur, Esq.
jmshur@rgcattys.com

xc:   VIA FIRST CLASS MAIL
Environmental Fluids, Inc.
4241 N. Winfield Scott Plaza, Suite 101
Scottsdale, AZ 85251

**Relin, Goldstein & Crane LLP**
28 East Main Street ▪ Suite 1800 ▪ Rochester, NY 14614
Phone: 585.325.6202 ▪ Fax: 585.325.6201 ▪ www.rgcattys.com