UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EYVAP SABUN MALAYSIA SDN BHD,

Plaintiff,

-against-

ENVIRONMENTAL FLUIDS, INC.,

Defendant.

26-CV-539 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's January 27 and April 19 Orders, Dkts. 2 and 7, the parties were required to file a joint letter, the contents of which are described therein, the Wednesday before the initial conference. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by **Wednesday, July 8, at 2:00 PM**.

SO ORDERED.

Dated: July 7, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge